**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JENNIFER R. PSAKI, <br><br> Movant, <br><br> v. <br><br> STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al., <br><br> Respondents. | Misc. Case No. 1:22-mc-28 <br><br> Underlying Case No.: 3:22-cv-01213 (W.D. La.) |

**JENNIFER R. PSAKI'S MOTION TO QUASH A SUBPOENA**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Movant Jennifer R. Psaki, by and through undersigned counsel, moves to quash the November 1, 2022, subpoena directed to her and issued by the State of Missouri, the State of Louisiana, Dr. Aaron Kheriaty, Dr. Martin Kulldorff, Jim Hoft, Dr. Jayanta Bhattacharya, and Jill Hines ("Plaintiffs").

Ms. Psaki's grounds for moving to quash the subpoena are set forth in detail in her Memorandum in Support of this motion filed herewith.

The undersigned certifies that counsel conferred in good faith in an attempt to narrow the dispute prior to filing this motion.

| | |
|---|---|
| Dated:  November 3, 2022 | JENNIFER R. PSAKI |

/s/  Edward E. Bagnell, Jr.
Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

- and -

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

*Attorneys for Movant Jennifer R. Psaki*

* Application for admission
*pro hac vice* pending

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy by email to the following:

| | |
|---|---|
| D. John Sauer, Mo. Bar No. 58721<br>Solicitor General<br>Justin D. Smith, Mo. Bar No. 63253<br>First Assistant Attorney General<br>Todd Scott, Mo. Bar No. 56614<br>Senior Counsel<br>Michael E. Talent, Mo. Bar No. 73339<br>Deputy Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri*<br><br>Jenin Younes<br>John J. Vecchione<br>New Civil Liberties Alliance<br>1225 19th Street N.W., Suite 450<br>Washington, DC 20036<br>Direct: (202) 918-6905<br>E-mail: jenin.younes@ncla.legal<br>*Counsel for Plaintiffs Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines* | Elizabeth B. Murrill (La #20685)<br>Solicitor General<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana*<br><br>John C. Burns<br>Burns Law Firm<br>P.O. Box 191250<br>St. Louis, Missouri 63119<br>P: 314-329-5040<br>F: 314-282-8136<br>E-mail: john@burns-law-firm.com<br>*Counsel for Plaintiff Jim Hoft* |

By: /s/ Edward E. Bagnell, Jr.
Edward E. Bagnell, Jr. (VSB # 74647)
ebagnell@spottsfain.com
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Movant*