IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI, )<br>)<br>)<br>    Movant, )<br>)<br>v. )<br>)<br>STATE OF MISSOURI ex rel. ERIC S. )<br>SCHMITT, Attorney General, et al., )<br>)<br>)<br>)<br>    Respondents. )<br>_____ ) | Civil Action No. 1:22-mc-28 PTG/IDD |

## **ORDER**

These matters are before the Court on Movants' Requests for Authorization to Bring Electronic Device to Court ("Motions") [Dkt. Nos. 25, 26]. These matters can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motions, it is hereby

ORDERED that the Motions are **DENIED**.

ENTERED this 17th day of November 2022.

                                                    /s/ Ivan D. Davis
                                                  Ivan D. Davis
                                                  United States Magistrate Judge

Alexandria, Virginia